**FILED**

MAY 2 5 2006



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:00-CR-144-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) | |
| vs. | )<br>) | CONSENT ORDER FOR<br>INSTALLMENT PAYMENTS<br>28 U.S.C. §3204 |
| | ) | |
| JAMESSA CHARLMAGNE FLIPPIN,<br>    Defendant | )<br>) | |

The parties, the United States of America and the judgment defendant, agree and stipulate as follows:

1. A judgment was entered against the judgment defendant in this action in the amount of $71,604.00. The total balance due on the judgment is $67,264.93 as of Thursday, May 18, 2006.

2. The judgment defendant is an individual who is receiving or will receive substantial non-exempt disposable earnings from Blitz Research, 5512 Business Drive, Wilmington, NC.

3. The judgment defendant waives services of a motion for an installment payment order pursuant to Section 3204 of the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. §3204, and further waives any right to a hearing and any other process to which the judgment defendant may be entitled under the FDCPA.

4. The judgment defendant agrees and stipulates that his/her earnings are subject to an installment payment order under 28 U.S.C. §3204 and expressly agrees and stipulates that the entry of an installment payment order is proper.

5. The parties therefore agree and stipulate to the entry of this order for installment payments from the non-exempt disposable earnings of the judgment defendant. It is expressly agreed and stipulated to by the parties that the judgment defendant shall pay to the United States the sum of $100.00 per month.

6. These sums are to be applied upon the Judgment rendered in this cause. These payments are to continue until the unpaid balance is fully paid and satisfied.

7. Checks should be made payable to CLERK, U.S. DISTRICT COURT, must include the docket number as set out above, and mailed to:

Clerk, U.S. District Court
Attn: Financial Unit
P.O. Box 25670
Raleigh, NC, 27611

Docket No.: 5:00-CR-144-7
Consent Order for Installment Payments
Page 2

8. Nothing in this agreement prevents the plaintiff from pursuing administrative offsets, including that by Internal Revenue Service, and the judgment defendant specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

9. In the event the entire debt is not paid in full within three years, defendant shall submit a new financial statement to the Financial Litigation Unit of the United States Attorneys Office and enter into a new Consent Order for the remaining balance owed.

**APPROVED AND SO ORDERED** this 24" day of May, 2006.

*James C. Fox*
James C. Fox
Senior U.S. District Judge

CONSENTED TO:

*Pamela O. Thornton*                                5-18-06
Pamela O. Thornton                                  Date
Senior U.S. Probation Officer

*Jamessa C. Flippin*                                5/18/06
Jamessa C. Flippin                                  Date
Judgment Defendant