IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:00CR000144-007(F)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMESSA CHARLMAGNE FLIPPIN, | ) | **CERTIFICATION OF SERVICE** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Garnishee. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby certifies that on the date specified below the defendant listed below was served with: 1) Application for Writ of Continuing Garnishment, 2) Writ of Continuing Garnishment, 3) Clerk's Notice of Garnishment, 4) Claim for Exemption Form, 5) Request for Hearing Form, 6) Answer of the Garnishee and Instructions.

    Jamessa C. Flippin Perry
    1043 JT Westfield Drive
    Leland, NC 28451-9459

    BY: _√_ First class mail __ Certified mail __ U. S. Marshal __ Electronically

The garnishee listed was served with: 1) Application for Writ of Continuing Garnishment, 2) Writ of Continuing Garnishment, 3) Clerk's Notice of Garnishment, 4) Answer of the Garnishee and Instructions.

Verizon Wireless
30 Independence Blvd.
Warren, NJ 07059

BY: _√_ First class mail __ Certified mail __ U. S. Marshal __ Electronically

This the 4th day of May, 2010.

                                   /s/ S. Katherine Burnette
                                   S. KATHERINE BURNETTE
                                   Attorney for the Plaintiff
                                   Assistant United States Attorney
                                   310 New Bern Avenue, Suite 800
                                   Raleigh, North Carolina 27601
                                   Telephone    (919) 856-4145
                                   Fax            (919) 645-5368
                                   Email: katherine.burnette@usdoj.gov
                                   N.C. Bar No. 12455