IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:00CR000144-007(F)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED |
| ) | **ORDER IN GARNISHMENT** |
| JAMESSA CHARLMAGNE FLIPPIN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 1, 2010, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant.

On May 4, 2010, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

Since the filing of the Application for Writ of Garnishment, the plaintiff and defendant have agreed to a biweekly payment amount of $75.00 of the defendant's disposable income each pay in lieu of a 25% wage garnishment.

IT IS ORDERED that Garnishee pay the sum of $75.00 of the defendants income after legally required deductions each payroll to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property

belonging to the defendant or until further Order of this court.

Checks should be made payable to: **U. S. District Court**

and mailed to:   Clerk, U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

In order to ensure that each payment is credited properly, please include the Court Number (5:00CR000144-007) information on each check.

This Amended Order in Garnishment supersedes the Order in Garnishment signed and filed July 21, 2010 (DE #200).

This 3rd day of August, 2010.

_____
Senior United States District Judge

Consented to:

_____     08-02-10
S. KATHERINE BURNETTE                Date
Assistant United States Attorney


_____     7/27/10
JAMESSA CHARLMAGNE FLIPPIN           Date
Defendant